March 02, 2007

Mr. E. Thomas Bishop
Bishop & Hummert, P.C.
5910 N. Central Expwy, Suite 1600
Dallas, TX 75206

Mr. Steven E. Aldous
Braden Varner & Aldous, P.C.
703 McKinney Ave., Suite 400
Dallas, TX 75202
Mr. Michael Braden
Braden & Varner
703 McKinney Avenue, Suite 400
Dallas, TX 75202

RE: Case Number: 04-0432
 Court of Appeals Number: 05-03-00051-CV
 Trial Court Number: 02-05197

Style: MOKI MAC RIVER EXPEDITIONS
 v.
 CHARLES DRUGG AND BETSY DRUGG, INDIVIDUALLY, AND AS REPRESENTATIVES
 OF THE ESTATE OF ANDREW PATRICK DRUGG

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Lisa Matz |
| |Mr. Jim Hamlin |
| |Mr. Douglas |
| |Alexander |